EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br><br>Edison R. Sanabria Pérez | 2010 TSPR 44<br><br>178 DPR _____ |

Número del Caso: TS-6639


Fecha: 30 de marzo de 2010


Abogado de la Parte Peticionaria:

Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Edison R. Sanabria Pérez

6639

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de marzo de 2010.

Examinada la solicitud presentada por el Lcdo. Edison R. Sanabria Pérez, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo